# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| YVONNE BROWN,<br><br>               Plaintiff,<br><br>vs.<br><br>DAT P. TRAN, ACTING SECRETARY OF VETERANS AFFAIRS & DEPARTMENT OF VETERANS AFFAIRS,<br><br>               Defendants. | No. CV 21-32-H-SEH<br><br>**ORDER** |

The Complaint in this case was filed on April 30, 2021. Summonses for Defendants were issued on May 3, 2021. Plaintiff served named Defendants on September 15, 2021, but did not serve the United States, as required by Fed. R. Civ. P. 4(i)(2).

**ORDERED:**

1.  Plaintiff shall take all steps necessary and appropriate to effect service upon the United States as required by Fed. R. Civ. 4(i)(2) and file written proof of such service on or before January 14, 2022.

2. Failure to comply with the terms and conditions of this order may result in dismissal of the action for failure to effect proper service.

DATED this 15th day of December, 2021.

SAM E. HADDON
United States District Judge