IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| YVONNE BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>DAT P. TRAN, ACTING SECRETARY OF VETERANS AFFAIRS & DEPARTMENT OF VETERANS AFFAIRS,<br><br>Defendants. | CV 21-32-H-SEH<br><br>ORDER |

The parties filed a Joint Motion and Stipulation for Dismissal on June 22, 2023.[1]

**ORDERED:**

1. The Parties Joint Motion and Stipulation for Dismissal[2] is **GRANTED**.

---

[1] Doc. 57.
[2] *Id.*

2. This action is **DISMISSED** with prejudice, with each party to bear its own fees and costs, and with no right of appeal.

DATED this 23rd day of June, 2023.

*[Signature]*
SAM E. HADDON
United States District Judge